# **EXHIBIT 1**

# Court of Common Pleas of Philadelphia County
## Trial Division
# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**OCTOBER 2024**  02291
E-Filing Number: 2410041204

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| CARMEN JONES | L'ORÉAL USA, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1350 N 10TH STREET APT 305<br>PHILADELPHIA, PA 19122 | 10 HUDSON YARDS<br>NEW YORK NY 10001 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | L'ORÉAL USA PRODUCTS, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 10 HUDSON YARDS<br>NEW YORK NY 10001 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | SOFT SHEEN-CARSON, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 10 HUDSON YARDS<br>NEW YORK NY 10001 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 12 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal<br>[ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

**AMOUNT IN CONTROVERSY**
- [ ] $50,000.00 or less
- [X] More than $50,000.00

**COURT PROGRAMS**
- [ ] Arbitration
- [X] Jury
- [ ] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

**CASE TYPE AND CODE**
2P - PRODUCT LIABILITY

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
OCT 17 2024
L. BREWINGTON

**IS CASE SUBJECT TO COORDINATION ORDER?**  YES  NO

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: CARMEN JONES

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| SHERRELL L. DANDY | KLINE & SPECTER, P.C.<br>1525 LOCUST STREET<br>19TH FLOOR<br>PHILADELPHIA PA 19102 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)772-1000 | none entered |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 309348 | sherrell.dandy@klinespecter.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| SHERRELL DANDY | Thursday, October 17, 2024, 04:36 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. L'ORÉAL USA, INC.
   10 HUDSON YARDS
   NEW YORK NY 10001
2. L'ORÉAL USA PRODUCTS, INC.
   10 HUDSON YARDS
   NEW YORK NY 10001
3. SOFT SHEEN-CARSON, LLC
   10 HUDSON YARDS
   NEW YORK NY 10001
4. STRENGTH OF NATURE, LLC
   64 ROSS ROAD
   SAVANNAH GA 31405
5. GODREJ SON HOLDINGS, INC.
   64 ROSS ROAD
   SAVANNAH GA 31405
6. BEAUTY BELL ENTERPRISE
   ALIAS: HOUSE OF CHEATHAM LLC
   647 MIMOSA BLVD.
   ROSWELL GA 30075
7. HOUSE OF CHEATHAM, LLC
   1445 ROCK MOUNTAIN BLVD.
   STONE MOUNTAIN GA 30083
8. LUSTER PRODUCTS, INC.
   1104 WEST 43RD STREET
   CHICAGO IL 60609
9. SUNRAY DRUGS, LLC
   790 PENLLYN PIKE SUITE 105
   BLUE BELL PA 19422
10. CAMSON DRUGS, INC.
    142 S. 52ND STREET
    PHILADELPHIA PA 19139
11. JACK WEISS DRUGS, INC.
    7848 OLD YORK ROAD SUITE 200
    ELKINS PARK PA 19027
12. NEFF DRUGS 30, LLC
    142 S. 52ND STREET
    PHILADELPHIA PA 19139